DOCKET NO. DBD-CV-22-6044009-S

| | | |
|---|---|---|
| JEROME BERKOWITZ, *et al.* | : | SUPERIOR COURT |
| | : | |
| *Plaintiffs,* | : | JUDICIAL DISTRICT OF DANBURY |
| | : | AT DANBURY |
| *v.* | : | |
| | : | |
| BOEHRINGER INGELHEIM | : | |
| PHARMACEUTICALS, INC., *et al.* | : | NOVEMBER 2, 2022 |
| | : | |
| *Defendants.* | : | |

**PLAINTIFFS' MOTION TO CONSOLIDATE**

Pursuant to Conn. Prac. Book § 9-5, Plaintiffs in this action move to consolidate it with the following actions:

DBD-CV-22-6043738-S
*Bacher v Boehringer Ingelheim Pharmaceuticals, Inc*

DBD-CV-22-6043741-S
*Ramos v Boehringer Ingelheim Pharmaceuticals, Inc*

DBD-CV-22-6043749-S
*Sullivan v Boehringer Ingelheim Pharmaceuticals, Inc*

DBD-CV-22-6043759-S
*Yost v. Boehringer Ingelheim Pharmaceuticals, Inc*

DBD-CV-22-6044174-S
*Cassidy v Boehringer Ingelheim Pharmaceuticals, Inc*

DBD-CV-22-6044175-S
*Rolon v Boehringer Ingelheim Pharmaceuticals, Inc*

DBD-CV-22-6044206-S
*Corwin v Boehringer Ingelheim Pharmaceuticals, Inc*

DBD-CV-22-6044212-S
*Vazzano v. Boehringer Ingelheim Pharmaceuticals, Inc*

In support of this motion, Plaintiffs state the following:

1. These actions are all against the same Defendants.
2. All of the actions involve the same legal claims sounding in product liability related to the heartburn medication Zantac.
3. It is likely that issues raised in any one of the cases could impact the other cases.
4. Consolidating these actions will allow for the court to manage all of them in an orderly and efficient manner.
5. Plaintiffs are filing similar consolidation motions in each of the above-listed actions.
6. All Defendants consent to this proposed consolidation.

WHEREFORE, Plaintiffs move that this action be consolidated with the above-listed actions.

Dated: November 2, 2022

Respectfully submitted,

By: *__/s/ Craig A. Raabe*
Craig A. Raabe
Robert A. Izard
**IZARD KINDALL & RAABE LLP** (Juris 410725)
29 South Main Street, Suite 305
West Hartford, CT 06107
Tel. 860-493-6292
craabe@ikrlaw.com
rizard@ikrlaw.com

Steven D. Resnick (*Pro hac vice* forthcoming)
**PARAFINCZUK WOLF**
Town Centre

5550 Glades Road, Suite 500
Boca Raton, FL 33431
Tel. (954) 462-6700
sresnick@parawolf.com

***ATTORNEYS FOR PLAINTIFFS***

**CERTIFICATION**

Pursuant to Practice Book § 10-14, I hereby certify that a copy of the above was mailed or electronically delivered on November 2, 2022 to all counsel and pro se parties of record.

BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.
BOEHRINGER INGELHEIM CORPORATION
BOEHRINGER INGELHEIM USA CORPORATION
Patrick M. Fahey
Jaime A. Welsh
SHIPMAN & GOODWIN LLP
One Constitution Plaza, Hartford, CT 06103
pfahey@goodwin.com
jwelsh@goodwin.com

GLAXOSMITHKLINE, LLC
GLAXOSMITHKLINE HOLDINGS (AMERICAS), INC.
Robert R. Simpson
Lauren R. Greenspoon
SHOOK HARDY & BACON LLP
100 Pearl Street, 14th Floor, Hartford, CT 06103
rsimpson@shb.com
lgreenspoon@shb.com

PFIZER, INC.
James I. Glasser
James O. Craven
WIGGIN & DANA LLP
P.O. Box 1832, New Haven, CT 06508
jglasser@wiggin.com
jcraven@wiggin.com

SANOFI-AVENTIS U.S. LLC
SANOFI U.S. SERVICES, INC.
Joseph W. Martini
Janna D. Eastwood
SPEARS MANNING & MARTINI LLC
2425 Post Road, Suite 203, Southport, CT 06890
jmartini@spearsmanning.com
jeastwood@spearsmanning.com

*/s/ Craig A. Raabe*
Craig A. Raabe